# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Wilfredo Miranda Cardona

                              Plaintiff,

v.                                                          Case No.: 1:22–cv–04208
                                                                   Honorable Steven C. Seeger

Albany Restaurant, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 9, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the joint motion for approval of the proposed settlement in this FLSA case. (Dckt. No. [18]) The motion is granted. After reviewing the settlement agreement, the Court concludes that the settlement is fair and reasonable. Plaintiff is receiving a net payment that is 2.35 times the amount of back wages that Plaintiff alleges that he is owed. The settlement agreement reflects inherent the risks of litigation. The parties reached the settlement after an arms−length negotiation with the assistance of counsel. The attorney's fees are reasonable, both in the amount and as a percentage of the amount recovered. The settlement agreement is approved. The complaint is dismissed with prejudice. The case is closed. Civil case terminated. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.